IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT
DATE: 8-9-2005
TIME: 4:11 pm
INITIALS: J.A.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 02-20165 |
| ) | Judge Donald |
| STACY LAYNE BEAVERS, ) | |
| ) | |
| Defendant. ) | |

### ORDER DISMISSING INDICTMENT
### AS TO STACY LAYNE BEAVERS

Pursuant to the plea agreement of the parties, the oral motion of the United States of America, and for good cause shown, it is hereby **ORDERED** that this case is dismissed as to the defendant Stacy Layne Beavers.

ENTER this the 4th day of August, 2005.

BERNICE BOUIE DONALD
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

APPROVED FOR ENTRY:

By: _____
DAN L. NEWSOM, Esq.
Senior Litigation Counsel
U.S. Attorney's Office
Western District of Tennessee

By: _____
CHRISTOPHER E. COTTON, Esq.
Assistant United States Attorney
U.S. Attorney's Office
Western District of Tennessee

By: _____
ROBERT W. RITCHIE, Esq.
Attorney for Stacy Layne Beavers

By: _____
STEPHEN ROSS JOHNSON, Esq.
Attorney for Stacy Layne Beavers

By: _____
KEMPER B. DURAND, Esq.
Attorney for Stacy Layne Beavers



# Notice of Distribution

This notice confirms a copy of the document docketed as number 598 in case 2:02-CR-20165 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

Robert G. Chadwell
MCKAY CHADWELL PLLC
600 University St.
Ste. 1601
Seattle, WA 98101

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael B. Neal
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Michael R. Koblenz
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Wade V. Davies
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Stephen Ross Johnson
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

David E. Wilson
MCKAY CHADWELL, PLLC
600 University
Ste 1601
Seattle, WA 98101

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Glenn Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

David W. Kenna
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

Honorable Bernice Donald
US DISTRICT COURT