IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____CAS____ D.C.

2005 AUG 11  PM 12:00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) Criminal No. 02-20165 |
| v. | ) No. 05-20248 |
| | ) |
| | ) |
| STACY LAYNE BEAVERS | ) |

## AGREED ORDER REGARDING TRAVEL RESTRICTIONS

This matter came before the Court on the application of the defendant, Stacy Layne Beavers, for an order lifting travel restrictions regarding the defendant, and good cause appearing therefor, with the agreement of the United States, with the understanding that the defendant's travel will not interfere with her appearance as a witness in the trial of co-defendants in this cause, it is hereby ORDERED that travel restrictions shall not be imposed on the defendant as a condition of or part of the probation heretofore ordered by the Court.

This 11th day of August, 2005.

ENTER:

BERNICE BOUIE DONALD
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___8-11-05___



602

APPROVED FOR ENTRY:

s/ Dan L. Newsom by KB Durand
DAN L. NEWSOM, ESQ.   w/permission
Senior Litigation Counsel
U. S. Attorney's Office
Western District of Tennessee


RITCHIE, FELS & DILLARD, P.C.

By: s/ Robert W. Ritchie by KB Durand
ROBERT W. RITCHIE, ESQ.   w/permission
STEPHEN ROSS JOHNSON
Attorney for Stacy Layne Beavers

Kemper B. Durand
KEMPER B. DURAND, ESQ.
Attorney for Stacy Layne Beavers

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 602 in case 2:02-CR-20165 was distributed by fax, mail, or direct printing on August 12, 2005 to the parties listed.

---

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Stephen Ross Johnson
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Wade V. Davies
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT