IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal No. 02-20165 - D |
| | ) | Judge Donald |
| STACY LAYNE BEAVERS, | ) | |
| | ) | |
| Defendant. | ) | |

FILED BY _____ D.C.
05 NOV 28 AM 6:53
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

## AGREED ORDER RELEASING RESTRAINED ASSETS

In this case various assets of Stacy Layne Beavers were restrained. One such account is the following:

> Inwood National Bank
> 2220 San Jacinto Boulevard
> Denton, Texas 76205
> Account Number: 031021492
> Macintosh Marketing Network, Inc.
> 2424 E. Windsor Drive
> Denton, Texas 76209

This bank has refused to release this restrained account because it was not named specifically in the court's earlier order.

Pursuant to an earlier order of this court, all Restraining Orders heretofore entered in this case involving Stacy Layne Beavers were canceled and all assets of Stacy Layne Beavers presently restrained are to be released.

The referenced account at Inwood National Bank should be released by Inwood National Bank immediately,

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on _____


Therefore, by agreement of the parties, it is hereby **ORDERED** that Inwood National Bank shall immediately release the referenced account.

ENTERED this the 28th day of November, 2005.

*[signature]*
BERNICE BOUIE DONALD
United States District Judge

APPROVED FOR ENTRY:

By: *[signature]* AUSA for:
DAN L. NEWSOM, Esq.
Senior Litigation Counsel
U.S. Attorney's Office
Western District of Tennessee

By: *[signature]*
KEMPER B. DURAND, Esq.
Attorney for Stacy Layne Beavers

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 670 in case 2:02-CR-20165 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

Michael B. Neal
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Robert G. Chadwell
MCKAY CHADWELL PLLC
600 University St.
Ste. 1601
Seattle, WA 98101

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Michael R. Koblenz
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Glenn Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

David E. Wilson
MCKAY CHADWELL, PLLC
600 University
Ste 1601
Seattle, WA 98101

David W. Kenna
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Stephen Ross Johnson
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Wade V. Davies
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT